RECEIVED
JUL 14 2015

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                             CRIMINAL NO. 3:15CR084
                                                 18 U.S.C. § 1341
TAMMI HENDERSON PALASINI        18 U.S.C. § 1343
a/k/a GINA PALASINI                     18 U.S.C. § 1956(a)(2)(A)

## PENALTIES

### COUNT ONE THROUGH TWELVE
### 18 U.S.C. 1341

| | |
|---|---|
| NM 20 years imprisonment | 18 U.S.C. § 1341; |
| NM than $250,000 fine, or both | 18 U.S.C. § 3571(b)(3); |
| NM than 3 years supervised release | 18 U.S.C. § 3583(b)(2); and |
| $100 special assessment | 18 U.S.C. § 3013(a)(2)(A). |

### COUNT THIRTEEN THROUGH EIGHTEEN
### 18 U.S.C. § 1343

| | |
|---|---|
| NM than 20 years imprisonment | 18 U.S.C. § 1343; |
| NM than $250,000 fine, or both | 18 U.S.C. § 3571(b)(3); |
| NM than 3 years supervised release | 18 U.S.C. § 3583(b)(2); and |
| $100 mandatory special assessment | 18 U.S.C. § 3013(a)(2)(A). |

### COUNT NINETEEN
### 18 U.S.C. § 1956(a)(2)(A)

| | |
|---|---|
| NM than 20 years imprisonment | 18 U.S.C. § 1956(a)(2); |
| NM than $500,000 fine, or twice the value of the monetary instrument of funds, or both | 18 U.S.C. § 1956(a)(2); |
| NM than 3 years supervised release | 18 U.S.C. § 3583(b)(2); and |
| $100 mandatory special assessment | 18 U.S.C. § 3013(a)(2)(A). |