**CRIMINAL CASE COVER SHEET**          **U.S. DISTRICT COURT**

**Complete entire form**

**Place of Offense:**
City: Olive Branch, Leland & Indianola
County: Desoto, Washington & Sunflower

**Related Case Information:**
Superseding: ☐ Yes ☑ No  If yes, Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R20/R40 from District of _____
Related Criminal Case Number _____

**Defendant Information:**
Juvenile: ☐ Yes ☑ No  If yes, Matter to be sealed: ☐ Yes ☐ No
Defendant Name: Tammi Henderson Palasini
Alias Name: Gina Palasini
Address: Palm Springs, CA 92264-8752
DOB: 1962  SS#: *****8588  Sex: F  Race: W  Nationality: _____
Represented by: _____

**U.S. Attorney Information:** AUSA Robert W. Coleman II  Bar # 6368
Interpreter: ☐ Yes ☑ No  List Language and/or dialect: _____

**Location Status:**
Pretrial Release: ☐ Yes ☑ No  In Custody: ☑ Yes ☐ No
Federal _____ State X  Date of Arrest: 1/5/2015
Location: Central Mississippi Correctional Facility, Pearl, MS 39208

**U.S.C. Citations**
Total # of Counts: 19  ☐ Petty  ☐ Misdemeanor  ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18:1341.F | FRAUDS AND SWINDLES | 12 |
| Set 2  18:1343.F | FRAUD BY WIRE, RADIO, OR TELEVISION | 6 |
| Set 3  18:1956-4700. | MONEY LAUNDERING - POSTAL, INTERSTATE WIRE, RADIO, ETC. | 1 |
| Set 4 | | |

Date: 7/14/2015  Signature of AUSA: _[signature]_

**District Court Case Number:**
(To be entered by Clerk)      3:15CR084