IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA                                                       PLAINTIFF

VS.                              CRIMINAL ACTION NO:   3:15-cr-00084-SA-SAA-1

TAMMI HENDERSON PALASINI
A/K/A GINA PALASINI                                                            DEFENDANT

## MOTION FOR CONTINUANCE

**COMES NOW** the defendant**,** by and through counsel, and moves the Court for a continuance of the trial set for Monday, October 5, 2015, and in support of same, states as follows, to-wit;

I.

Defendant's undersigned counsel was retained to represent defendant on September 11, 2015, and an Entry of Appearance was entered with the Court on that date.

II.

Defendant's counsel has not had any opportunity to receive or review the discovery and cannot be prepared for trial within the short period from the current date to the date set for trial.   The Government has advised defendant's counsel that it has no objection to a continuance in this matter.

**WHEREFORE, PREMISES CONSIDERED,** defendant prays that Order of this Court will enter, continuing the trial setting from Monday, October

5, 2015, for a reasonable period of time and for the good cause reasons set forth hereinabove.

This, the 18th day of September, 2015.

/s/ *Edward J. Bogen, Jr.*
_____
**EDWARD J. BOGEN, JR.   MSB No. 3611**
**ATTORNEY FOR DEFENDANT**

**OF COUNSEL:**

**MCGEE AND BOGEN, PLLC**
**P. O. DRAWER 31**
**110 FOURTH STREET**
**LELAND, MS  38756-0031**
**662-686-2381**

## CERTIFICATE OF SERVICE

**I, EDWARD J. BOGEN, JR.,** do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:  Robert Willie Coleman II, Esquire, United States Attorney's Office, 900 Jefferson Avenue, Oxford, Mississippi.

**SO CERTIFIED** on this, the 18th day of September, 2015.

/s/ *Edward J. Bogen, Jr.*
_____
**EDWARD J. BOGEN, JR.**

Criminal\PALASINIGinaMotiontoContinueFederal